UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANN CAREY,

Plaintiff,

Case No.: 1:25-cv-10286-NRB

v.

JOHN PAUL MITCHELL SYSTEMS; L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; HENKEL a/k/a HENKEL AG & Co. KGaA; SCHWARZKOPF; WELLA OPERATIONS US, LLC; WELLA PROFESSIONALS; COTY, INC.; KOHLBERG KRAVIS ROBERT & CO. a/k/a KKR & CO., INC.; BRISTOL-MYERS SQUIBB; PROCTER & GAMBLE HAIR CARE, LLC; CLAIROL; GOLDWELL; KAO USA, INC.; GOLDWELL NEW YORK; COSMOPROF SERVICES USA, LLC; SALLY BEAUTY HOLDINGS, INC.; and JOHN DOE CORPORATIONS 1-100, inclusive,

Defendants.

---

**DECLARATION OF PLAINTIFF JOANN CAREY**

---

I, Joann Carey, Declare as follows:

1. I am a Plaintiff in the above captioned action against John Paul Mitchell Systems et al.

2. I currently live at 19 Healthy Way, Apt. 144, Ellenville, New York, 12428.

3. I have lived at the above address since 2018.

4. I am a citizen of the state of New York.

5. I am not a resident of any other state except the state of New York.

6. The above address is my permanent address.

Date  1/5/2026 | 11:06 AM EST

*Joann Carey*
_____
Signed Joann Carey