**MORGAN & MORGAN**

January 9, 2026

**Via Email: BuchwaldNYSDChambers@nysd.uscourts.gov**
The Honorable Judge Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 21A
New York, NY 10007-1312

    Re: Joann Carey v. John Paul Mitchell Systems et al, 1:25-cv-10286-NRB

Dear Judge Buchwald,

    Pursuant to this Court's Individual Practices, Plaintiff in the above captioned matter submits this letter to the Court outlining her substantive arguments for the Motion submitted contemporaneously.

    Plaintiff Joann Carey ("Plaintiff") in the above captioned case seeks to remand this case to the Supreme Court of New York for New York County pursuant to 28 U.S.C. § 1447 and for lack of subject matter jurisdiction.

    As shown in Plaintiff's motion, Plaintiff is a citizen of New York, as are four of the defendants. Because Plaintiff shares citizenship with the New York defendants, complete diversity between the parties is not established, and the case should be remanded to New York state court.

Dated January 9, 2026                                            Respectfully Submitted,

                                                               By: /s/ Jonathan Sedgh
                                                               Jonathan Sedgh
                                                               MORGAN & MORGAN P.A.
                                                               199 Water St., Suite 1500
                                                               New York, New York 10038
                                                               Phone: (212) 738-6839
                                                               jsedgh@forthepeople.com

                                                               **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

    I hereby certify that counsel for all parties of record have been served with this letter via CM/ECF and via email on January 9, 2026.

/s/ Jonathan Sedgh
Jonathan Sedgh
