**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOANN CAREY, an individual,<br><br>            Plaintiff,<br><br>-against-<br><br>JOHN PAUL MITCHELL SYSTEMS; L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; HENKEL a/k/a HENKEL AG & Co. KGaA; SCHWARZKOPF; WELLA OPERATIONS US, LLC; WELLA PROFESSIONALS; COTY, INC.; KOHLBERG KRAVIS ROBERT & CO. a/k/a KKR & CO., INC.; BRISTOL-MYERS SQUIBB; PROCTER & GAMBLE HAIR CARE, LLC; CLAIROL; GOLDWELL; KAO USA, INC.; GOLDWELL NEW YORK; COSMOPROF SERVICES USA, LLC; SALLY BEAUTY HOLDINGS, INC.; and JOHN DOE CORPORATIONS 1-100, inclusive,<br><br>            Defendants. | Case No. 1:25-cv-10286-NRB<br><br>~~[PROPOSED]~~ **ORDER** |

On _____January 29_____, 2026, the properly named parties to the above-captioned action filed a Stipulation to Remand.  The Court having reviewed the stipulation and for good cause shown, orders as follows:

1. The parties' stipulation is accepted and approved;

2. Southern District of New York case number 1:25-cv-10286-NRB is hereby remanded to the Supreme Court of the State of New York, County of New York.

IT IS SO ORDERED.

Dated: January 30, 2026
      New York, New York

_____
U.S. District Judge Naomi Reice Buchwald